# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL NYKIEL, individually and as ADMINISTRATRIX of the ESTATE of GREGORY T. NYKIEL, Deceased, | CIVIL DIVISION<br><br>No.: 2:08-cv-0813 |
| Plaintiff, | |
| vs. | Honorable Judge Gary L. Lancaster |
| BOROUGH OF SHARPSBURG, SHARPSBURG POLICE DEPARTMENT, LEO RUDZKI, BOROUGH OF ASPINWALL, ASPINWALL POLICE DEPARTMENT, JOHN SABOL, BOROUGH OF BLAWNOX, BLAWNOX POLICE DEPARTMENT, GEORGE BUCHA, THOMAS DUFFY, MATT FUSCO, BOROUGH OF MILLVALE, MILLVALE POLICE DEPARTMENT, MIKE VITH, BOROUGH OF INDIANA, INDIANA POLICE DEPARTMENT, TOWNSHIP OF O'HARA, O'HARA POLICE DEPARTMENT, JASON MIDDLEBEE, TOWNSHIP OF HAMPTON, HAMPTON POLICE DEPARTMENT, TOWNSHIP OF SHALER, SHALER POLICE DEPARTMENT, BRIAN KELLY, ERIC STEGMAN, RICHARD ZILAITIS, SHAWN STELITANO, RICHARD FOWLER, BOROUGH OF ETNA, ETNA POLICE DEPARTMENT, and CHAD MITCHELL, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this __29th__ day of __Dec__, 2008, it is hereby ORDERED that plaintiff is granted leave to amend the Second Amended Complaint.

Plaintiff's Amended Complaint shall be filed on or before __1/12/09__.

BY THE COURT:

_____
J.