# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL NYKIEL, individually and as ADMINISTRATRIX of the ESTATE of GREGORY T. NYKIEL, Deceased, | ) CIVIL DIVISION<br>)<br>) Docket No: 2:08-cv-00813 |
| Plaintiff,<br>vs. | ) Honorable Judge Gary L. Lancaster |
| BOROUGH OF SHARPSBURG, SHARPSBURG POLICE DEPARTMENT, LEO RUDZKI, BOROUGH OF ASPINWALL, ASPINWALL POLICE DEPARTMENT, JOHN SABOL, BOROUGH OF BLAWNOX, BLAWNOX POLICE DEPARTMENT, GEORGE BUCHA, THOMAS DUFFY, MATT FUSCO, BOROUGH OF MILLVALE, MILLVALE POLICE DEPARTMENT, MIKE VITH, TOWNSHIP OF O'HARA, O'HARA POLICE DEPARTMENT, JASON MIDDLEBEE, TOWNSHIP OF HAMPTON, HAMPTON POLICE DEPARTMENT, TOWNSHIP OF SHALER, SHALER POLICE DEPARTMENT, BRIAN KELLY, ERIC STEGMAN, RICHARD ZILAITIS, SHAWN STELITANO, RICHARD FOWLER, BOROUGH OF ETNA, ETNA POLICE DEPARTMENT, and CHAD MITCHELL.<br><br>Defendants. | ) **JURY TRIAL DEMANDED**<br>)<br>) *ELECTRONICALLY FILED* |

## ORDER OF COURT

AND NOW, to wit, this _____5th_____ day of ____June____, 2009, upon consideration

of Plaintiff and Defendant Indiana Township's Stipulation for Discontinuance, without prejudice,

it is hereby ORDERED, ADJUDGED and DECREED that Indiana Township shall be removed

from the caption of this matter. Indiana Township Police Department is removed from the

caption pursuant to the June 2, 2009 Order of Court.

_____
Honorable Gary L. Lancaster

12/814596.v1