# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL NYKIEL, individually and as ADMINISTRATRIX of the ESTATE of GREGORY T. NYKIEL, Deceased, | CIVIL DIVISION <br><br> Docket No: 2:08-cv-00813 |
| Plaintiff, vs. | Honorable Judge Gary L. Lancaster |
| BOROUGH OF SHARPSBURG, SHARPSBURG POLICE DEPARTMENT, LEO RUDZKI, BOROUGH OF ASPINWALL, ASPINWALL POLICE DEPARTMENT, JOHN SABOL, BOROUGH OF BLAWNOX, BLAWNOX POLICE DEPARTMENT, GEORGE BUCHA, THOMAS DUFFY, MATT FUSCO, BOROUGH OF MILLVALE, MILLVALE POLICE DEPARTMENT, MIKE VITH, TOWNSHIP OF O'HARA, O'HARA POLICE DEPARTMENT, JASON MIDDLEBEE, TOWNSHIP OF HAMPTON, HAMPTON POLICE DEPARTMENT, TOWNSHIP OF SHALER, SHALER POLICE DEPARTMENT, BRIAN KELLY, ERIC STEGMAN, RICHARD ZILAITIS, SHAWN STELITANO, RICHARD FOWLER, BOROUGH OF ETNA, ETNA POLICE DEPARTMENT, and CHAD MITCHELL. <br><br> Defendants. | **JURY TRIAL DEMANDED** <br><br> *ELECTRONICALLY FILED* |

## STIPULATION AND CONSENT ORDER

AND NOW, come the Plaintiff, Cheryl Nykiel, individually and as the Administratix of the Estate of Gregory T. Nykiel, deceased, and Defendant, Township of Hampton, by and through their undersigned counsel of record and hereby stipulate to the discontinuance of this action as against the Township of Hampton, only, and to the dismissal of the Township of

Hampton from this action with prejudice. Any reference to the Township of Hampton shall be removed from the case caption.

IT IS SO STIPULATED:

| **FRIDAY, PORTA, COX & WARD, LLC** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.** |
|---|---|
| *[signature]* | *[signature]* |
| Peter J. Friday, Esquire | Christian D. Marquis, Esquire |
| PA ID #48746 | PA ID #85070 |
| **Attorneys for Plaintiff** | **Attorneys for Defendant Township of Hampton** |
| 3220 West Liberty Avenue, Suite 200 | 2900 U.S. Steel Tower |
| Pittsburgh, PA 15216 | 600 Grant Street |
| (412) 561-4290 | Pittsburgh, PA 15219 |
| pfriday@fridaylaw.com | (412) 803-1140 |
|  | (412) 803-1188 |
| Thomas J. McClain, Esquire | cdmarquis@mdwcg.com |
| PA ID #38566 |  |
| **Attorneys for Plaintiff** |  |
| Frick Building |  |
| 437 Grant Street, Suite 1806 |  |
| Pittsburgh, PA 15219 |  |
| (412) 281-2002 |  |
| thomasmcclain@acba.org |  |

IT IS SO ORDERED:

*[signature]* Lancaster                    Date: 9/8/09

Gary L. Lancaster
Senior United States District Judge

2