IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL NYKIEL, individually and as ADMINISTRATRIX of the ESTATE of GREGORY T. NYKIEL, Deceased, | ) CIVIL DIVISION ) ) Docket No: 2:08-cv-00813 |
| Plaintiff, vs. | ) ) ) Honorable Judge Gary L. Lancaster |
| BOROUGH OF SHARPSBURG, SHARPSBURG POLICE DEPARTMENT, LEO RUDZKI, BOROUGH OF ASPINWALL, ASPINWALL POLICE DEPARTMENT, JOHN SABOL, BOROUGH OF BLAWNOX, BLAWNOX POLICE DEPARTMENT, GEORGE BUCHA, THOMAS DUFFY, MATT FUSCO, BOROUGH OF MILLVALE, MILLVALE POLICE DEPARTMENT, MIKE VITH, INDIANA TOWNSHIP, INDIANA TOWNSHIP POLICE DEPARTMENT, TOWNSHIP OF O'HARA, O'HARA POLICE DEPARTMENT, JASON MIDDLEBEE, TOWNSHIP OF HAMPTON, HAMPTON POLICE DEPARTMENT, TOWNSHIP OF SHALER, SHALER POLICE DEPARTMENT, BRIAN KELLY, ERIC STEGMAN, RICHARD ZILAITIS, SHAWN STELITANO, RICHARD FOWLER, BOROUGH OF ETNA, ETNA POLICE DEPARTMENT, and CHAD MITCHELL. Defendants. | ) **JURY TRIAL DEMANDED** ) ) ) *ELECTRONICALLY FILED* |

## STIPULATION AND CONSENT ORDER

AND NOW, come the Plaintiff, Cheryl Nykiel, individually and as the Administratix of the Estate of Gregory T. Nykiel, deceased, and Defendant, Township of Indiana, by and through their undersigned counsel of record and hereby stipulate to the discontinuance of this action as against the Township of Indiana, only, and to the dismissal of the Township of Indiana from this

action with prejudice. Any reference to the Township of Indiana shall be removed from the case caption.

IT IS SO STIPULATED:

| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, PC | FRIDAY PORTA COX & WARD LLC |
|---|---|
| BY: s/ *Patricia A. Monahan*<br>Patricia A. Monahan, Esquire<br>Pa. I.D.#58784<br>Danielle M. Vugrinovich, Esquire<br>PA ID #88326<br>**Attorney for Defendant, Indiana Township**<br>600 Grant Street<br>US Steel Tower, Suite 2900<br>Pittsburgh, PA 15219<br>412-803-1151<br>412-803-1188 (facsimile)<br>pamonahan@mdwcg.com<br>dmvugrinovich@mdwcg.com | BY: s/ *Peter D. Friday*<br>Peter D. Friday, Esquire<br>Pa. I.D. # 48746<br>**Attorney for Plaintiff, Cheryl Nykiel, individually and as Administratrix of the Estate of Gregory T. Nykiel, deceased**<br>3220 West Liberty Avenue<br>Suite 200<br>Pittsburgh, PA 15216<br>412-561-4290<br>pfriday@fridaylaw.com<br><br>BY: s/ *Thomas J. McClain*<br>Thomas J. McClain, Esquire<br>Pa. I.D. #38566<br>**Attorney for Plaintiff, Cheryl Nykiel, individually and as Administratrix of the Estate of Gregory T. Nykiel, deceased**<br>1806 Frick Building<br>437 Grant Street<br>Pittsburgh, PA 15219<br>412-281-2002<br>thomasmcclain@acba.org |

IT IS SO ORDERED:

_____
Gary L. Lancaster
United States District Judge

Date: 10/22/09

12/885278.v1