## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHERYL NYKIEL, individually and as | : | CIVIL DIVISION |
| ADMINISTRATRIX of the ESTATE OF | : | |
| GREGORY T. NYKIEL, Deceased, | : | No. 2:08-cv-00813 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| BOROUGH OF SHARPSBURG, | : | |
| SHARPSBURG POLICE DEPARTMENT, | : | |
| LEO RUDZKI, BOROUGH OF | : | |
| ASPINWALL, ASPINWALL POLICE | : | |
| DEPARTMENT, JOHN SABOL, BOROUGH | : | |
| OF BLAWNOX, BLAWNOX POLICE | : | |
| DEPARTMENT, GEORGE BUCHA, | : | |
| THOMAS DUFFY, MATT FUSCO, | : | |
| BOROUGH OF MILLVALE, MILLVALE POLICE | : | |
| DEPARTMENT, MIKE VITH, INDIANA TOWNSHIP, | : | |
| INDIANA TOWNSHIP POLICE DEPARTMENT, | : | |
| TOWNSHIP OF O'HARA, O'HARA POLICE | : | |
| DEPARTMENT, JASON MIDDLEBEE, TOWNSHIP | : | |
| OF HAMPTON, HAMPTON POLICE DEPARTMENT, | : | |
| TOWNSHIP OF SHALER, SHALER POLICE | : | |
| DEPARTMENT, BRIAN KELLY, ERIC STEGMAN, | : | |
| RICHARD ZILAITIS, SHAWN STELITANO, | : | |
| RICHARD FOWLER, BOROUGH OF ETNA, | : | |
| ETNA POLICE DEPARTMENT and | : | |
| CHAD MITCHELL | : | |
| | : | |
| Defendants. | : | |

## ORDER OF COURT

AND NOW, this _19_ day of _____, 2010, upon consideration of Defendants Borough of Etna, Officer Chad Mitchell, Borough of Sharpsburg, Chief of Police Leo Rudzski and Officer Thomas Duffy's **Joint Motion for Leave to File and for a Ruling on** ***Daubert* Motion Prior to Summary Judgment**, it is hereby **ORDERED** that said Motion is **GRANTED** as follows:

(1)     Moving Defendants' *Daubert* Motion shall be filed on or before January 25,

2010;

(2)     Plaintiff's response thereto shall be filed  on or before February 24, 2010;

(3)     Motions for Summary Judgment shall be filed within thirty (30) days of the

Court's decision resolving the *Daubert* Motion.

BY THE COURT:

J.