IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL NYKIEL, individually and as ADMINISTRATRIX of the ESTATE of GREGORY T. NYKIEL, deceased,<br><br>      Plaintiff,<br>v.<br><br>BOROUGH OF SHARPSBURG, SHARPSBURG POLICE DEPARTMENT, LEO RUDZKI, BOROUGH OF ASPINWALL, ASPINWALL POLICE DEPARTMENT, JOHN SABOL, BOROUGH OF BLAWNOX, BLAWNOX POLICE DEPARTMENT, GEORGE BUCHA, THOMAS DUFFY, MATT FUSCO, BOROUGH OF MILLVALE, MILLVALE POLICE DEPARTMENT, MIKE VITH, INDIANA TOWNSHIP, INDIANA TOWNSHIP POLICE DEPARTMENT, TOWNSHIP OF O'HARA, O'HARA POLICE DEPARTMENT, JASON MIDDLEBEE, TOWNSHIP OF HAMPTON, HAMPTON POLICE DEPARTMENT, TOWNSHIP OF SHALER, SHALER POLICE DEPARTMENT, BRIAN KELLY, ERIC STEGMAN, RICHARD ZILAITIS, SHAWN STELITANO, RICHARD FOWLER, BOROUGH OF ETNA, ETNA POLICE DEPARTMENT, and CHAD MITCHELL,<br><br>      Defendants. | Civil Action No. 08-0813 |

ORDER

AND NOW, this 24th day of April, 2010, upon consideration of defendants' motion to strike portions of the report and opinions of Dr. Omalu and to strike the reports and opinions of Dr. Smitz and Mr. Van Blaricom and plaintiff's response thereto, IT IS HEREBY ORDERED that the court will conduct a <u>Daubert</u> hearing on Wednesday, May 12, 2010 at 2:00 PM in Courtroom No. 3A, U.S. Courthouse Pittsburgh, Pennsylvania.

BY THE COURT:

_____, C.J.