# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL NYKIEL, individually and as ADMINISTRATRIX of the ESTATE of GREGORY T. NYKIEL, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> BOROUGH OF SHARPSBURG, SHARPSBURG POLICE DEPARTMENT, LEO RUDZKI, BOROUGH OF ASPINWALL, ASPINWALL POLICE DEPARTMENT, JOHN SABOL, BOROUGH OF BLAWNOX, BLAWNOX POLICE DEPARTMENT, GEORGE BUCHA, THOMAS DUFFY, MATT FUSCO, BOROUGH OF MILLVALE, MILLVALE POLICE DEPARTMENT, MIKE VITH, TOWNSHIP OF O'HARA, O'HARA POLICE DEPARTMENT, JASON MIDDLEBEE, TOWNSHIP OF SHALER, SHALER POLICE DEPARTMENT, BRIAN KELLY, ERIC STEGMAN, RICHARD ZILAITIS, SHAWN STELITANO, RICHARD FOWLER, BOROUGH OF ETNA, ETNA POLICE DEPARTMENT, and CHAD MITCHELL. <br><br> Defendants. | CIVIL DIVISION <br><br> No: 08-813 <br><br> Chief U.S. District Judge Gary L. Lancaster <br><br> **ELECTRONICALLY FILED** <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF COURT

AND NOW, this \_\_26th\_\_ day of \_\_May\_\_, 2010, upon consideration of the Defendants' Joint Motion to Continue the Final Case Management Order,

the same is hereby GRANTED.

IT IS FURTHER ORDERED that motions for summary judgment shall be filed on or before June 22, 2010. Any response to summary judgment must be filed on or before July 22, 2010. Any reply to a response must be filed on or before August 6, 2010. The Court will enter an Amended Final Case Management Order upon resolution of the motions for summary judgment.

BY THE COURT:

_____
Chief U.S. District Judge Gary L. Lancaster