# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL NYKIEL, individually and as ADMINISTRATRIX of the ESTATE of GREGORY T. NYKIEL, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> BOROUGH OF SHARPSBURG, SHARPSBURG POLICE DEPARTMENT, LEO RUDZKI, BOROUGH OF ASPINWALL, ASPINWALL POLICE DEPARTMENT, JOHN SABOL, BOROUGH OF BLAWNOX, BLAWNOX POLICE DEPARTMENT, GEORGE BUCHA, THOMAS DUFFY, MATT FUSCO, BOROUGH OF MILLVALE, MILLVALE POLICE DEPARTMENT, MIKE VITH, TOWNSHIP OF O'HARA, O'HARA POLICE DEPARTMENT, JASON MIDDLEBEE, TOWNSHIP OF SHALER, SHALER POLICE DEPARTMENT, BRIAN KELLY, ERIC STEGMAN, RICHARD ZILAITIS, SHAWN STELITANO, RICHARD FOWLER, BOROUGH OF ETNA, ETNA POLICE DEPARTMENT, and CHAD MITCHELL. <br><br> Defendants. | CIVIL DIVISION <br><br> No: 08-813 <br><br> U.S. District Judge Gary L. Lancaster <br><br> **ELECTRONICALLY FILED** <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF COURT

AND NOW, this __10th__ day of __June__, 2011, upon consideration of Defendants' Joint Motion to Amend the Caption, the same is hereby

GRANTED.

The Clerk is directed to amend the caption as follows:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL NYKIEL, individually and as ADMINISTRATRIX of the ESTATE of GREGORY T. NYKIEL, Deceased, <br><br> Plaintiff, <br> v. <br><br> LEO RUDZKI, THOMAS DUFFY and CHAD MITCHELL. <br><br> Defendants. | CIVIL DIVISION <br><br> No: 08-813 <br><br> U.S. District Judge Gary L. Lancaster <br><br> **ELECTRONICALLY FILED** <br><br> **JURY TRIAL DEMANDED** |

BY THE COURT:

_____
U.S. District Judge Gary L. Lancaster

12/1292750 v1